UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**             DATE: September 1, 1999
**CIVIL NO. 96-2388 (DRD)**
LAW CLERK: Nathan J. Schulte

===================================================================

OCEAN LOGISTICS MANAGEMENT, INC.,          <u>Attorney</u>: Luis N. **SALDANA**
   Plaintiff,                              Rick **RUDE**
v.
NPR, INC., D/B/A NAVIERAS, et al.,         Heriberto J. **BURGOS PEREZ**
   Defendant.

===================================================================

     A STATUS CONFERENCE was held today. The parties advised the Court as to the status of the case. The Court has **GRANTED** the parties sixty (60) days to reach a settlement. By November 1, 1999, Plaintiff's counsel is to advise the Court as to the status of settlement negotiations AND Defendants' counsel is to advise the Court as to the status of the pending Superior Court case. If the parties are unable to reach a settlement by November 1, 1999, the Court will promptly adjudicate the pending motions and set this case for trial. The parties are advised that the Court will see this case before March 2000, regardless of whether a case is pending before the Superior Court. The Court brought to the parties' attention a recently issued Opinion and Order which bears on that issue, <u>MMI Products Inc. v. Liberty Mutual Ins. Co.</u>, 39 F.Supp.2d 135 (D. P.R. 1999) (citing <u>Rojas-Hernandez v. Puerto Rico Electric Power Authority</u>, 925 F.2d 492 (1st Cir. 1991) and <u>Villa Marina Yatch Sales, Inc. v. Hatteras Yatchs</u>, 915 F.2d 7 (1st Cir. 1990)).

     The Parties are strongly encouraged to explore settlement.

<i>/s/ Nathan J. Schulte</i><br>
LAW CLERK

s/c: Counsel of record
P:\FINALORDERS\96-2388 MEM