UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Ocean Logistics Management, Inc.   CIVIL NO. 96-2388 (DRD)

v.

Defendant(s) NPR, Inc., D/B/A Navieras and XYZ Insurance Co.

| MOTION | ORDER |
|---|---|
| Docket entry no. 72 | ☒ GRANTED. |
| Date: October/28/1999 | ☐ DENIED. |
| Title: Motion To Request Lifting Of Stay Of Discovery And Scheduling Of Trial Date. | ☐ MOOT. |
| | ☐ NOTED. |

GRANTED. The stay of discovery is lifted. NPR, Inc. is hereby ORDERED to answer to Count IV within twenty (20) days, that is by November 30, 1999. The pending motions shall be resolved shortly. Defendants' Counsel, AGAIN, is ORDERED to advise the Court of the status of the Superior Court case, this time by November 30, 1999. Sanctions will be levied upon Defendants' counsel for any failure to comply. Last, a trial date is forthcoming, either before the undersigned or a visiting judge, as soon as practicable.
IT IS SO ORDERED.

Date: November/9/1999.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

RECEIVED AND FILED
99 NOV 15 AM 8:05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.