UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

OCEAN LOGISTICS MANAGEMENT, INC.,

    Plaintiff,

vs.

NPR, Inc., d/b/a Navieras, et al.,   CIVIL NO. 96-2388 DRD

    Defendant-Counterclaimant,

vs.

OCEAN LOGISTICS MANAGEMENT, INC.,

    Plaintiff-Counterdefendant.

## JUDGMENT

Having reviewed the stipulation filed by Plaintiff/Counter-Defendant Ocean Management Logistics, Inc., and Defendant/Counter-Claimant NPR, Inc., d/b/a Navieras, et al., the same is hereby APPROVED and the terms thereof are incorporated herein by reference as if fully set forth.

Accordingly, the Court hereby orders that the matter of caption be and is hereby dismissed with prejudice. Each party to bear its own costs and attorneys' fees.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, this 31st day of January, 2000.

                          HON. DANIEL R. DOMÍNGUEZ
                          UNITED STATES DISTRICT JUDGE